IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00554-REB-MEH

ERNEST KELLY,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2008.**

    Plaintiff's Uncontested Motion to Vacate Settlement Conference [filed October 17, 2008; doc #23] is **granted**. The parties' counsel shall conference together and call my Chambers at (303) 844-4507 **on or before October 24, 2008** to obtain an alternate for the conference.