IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-00554-CMA-MEH

ERNEST KELLY,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. # 27), and the Court being fully advised in the premises; IT IS HEREBY ORDERED that the above-captioned matter and the Complaint filed therein is hereby dismissed with prejudice as to all claims between Plaintiff Ernest Kelly and Defendant American Standard Insurance Company of Wisconsin, each party to pay his or its own costs and attorney's fees.

    DATED: November  17 , 2008

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge